IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH BROWN,** | Case No. 2:09-cv-1321 GEB KJM (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **KATHLEEN DICKENSON,** | |
| Respondent. | |

GOOD CAUSE APPEARING, the motion for an extension of time (Docket No. 11) is granted. It is hereby ordered that respondent has until January 7, 2010, to file an answer or other responsive pleading to the petition for writ of habeas corpus.

Petitioner may file and serve a traverse, if any, within thirty days of his receipt of the answer.

IT IS SO ORDERED.

Dated: December 9, 2009.

_____
U.S. MAGISTRATE JUDGE

4
brow1321.eot